UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00262-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY KITTREDGE,

       Defendant.

___

**ORDER RESETTING JURY SELECTION**
___

       **THIS MATTER** comes before the Court *sua sponte*.

       Jury selection is set to commence in this matter on 1:00 p.m. on July 3, 2006. Based upon juror availability, the Court **VACATES** that date for jury selection. The Court will begin jury selection at **1:30 p.m.** on **Wednesday, July 5, 2006.**

       Dated this 9th day of March, 2006

                                        **BY THE COURT:**

                                        *[signature: Marcia S. Krieger]*

                                        Marcia S. Krieger
                                        United States District Judge