UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00262-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY KITTREDGE,

       Defendant.

_____

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

      The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Friday, June 16, 2006 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

      The parties shall be prepared to address Mr. Kittredge's Request for Counsel to Withdraw and to Proceed Pro Se **(#128)**.

      Dated this 14th day of June 2006.

                                               **BY THE COURT:**

                                               *Marcia S. Krieger* (signature)

                                               Marcia S. Krieger
                                             United States District Judge