UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00262-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY KITTREDGE,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Motion to Continue Sentencing (#155). The Court being fully advised in the foregoing,

**ORDERS** that the Motion to Continue Sentencing **(#155) is GRANTED**. The sentencing currently set for September 18, 2006 is **VACATED** and reset to **November 13, 2006 at 11:00 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 12th day of September, 2006

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge