UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00262-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTHONY KITTREDGE,

        Defendant.

## ORDER

THIS MATTER is before the Court on the Second Motion to Continue Sentencing **(#160).** The Court being fully advised in the foregoing,

**ORDERS** that the Second Motion to Continue Sentencing **(#160) is GRANTED**. The sentencing currently set for **November 13, 2006** is **VACATED** and reset to **December 18, 2006 at 10:45 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 8th day of November, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge