**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date: December 18, 2006
Court Reporter:    Paul Zuckerman
Probation Officer: Tom Destito

Criminal Action No. 04-cr-00262-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               David Conner

      Plaintiff,

v.

ANTHONY ROBERT KITTREDGE,               Michael Root

      Defendant.

---

### SENTENCING MINUTES
---

**10:58 a. m.     Court in session**.

Defendant present in custody.

**Change of Plea Hearing on July 6, 2006.  Defendant pled guilty to Count 1 of the Second Superseding Indictment and Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  The parties stipulate to a downward departure from criminal history Category II to Category I based upon over-representation of criminal history.

The defendant requests a non-guideline sentence.  The Government opposes.

Allocution.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**     Defendant's First Motion to Allow Testimony at Sentencing (**Doc. #163**) is **GRANTED.**

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

>Defendant's First Motion for Reasonable Sentence **(Doc. #164)** is **DENIED.**
>
>Defendant's First Motion to Consider Mental Health Evaluation for Purposes of Sentencing **(Doc #165)** is **GRANTED.**
>
>Defendant's First Motion for Downward Departure (**Doc. #166**) is **GRANTED.**
>
>Defendant's Motion to Dismiss Counts 2, 3, 4, 5 and 6 of the Second Superseding Indictment  **(Doc. #167**) is **DENIED** as moot.

**THE DEFENDANT IS SENTENCED IN ACCORDANCE WITH THE FEDERAL SENTENCING GUIDELINES AS FOLLOWS:**

**IMPRISONMENT:**

Defendant is sentenced as to Count 1 of the Second Superseding Indictment to a term of imprisonment of 24 months.

Defendant is sentenced as to Count 1 of the Information to a term of imprisonment of 84 months, such term to be served consecutive to the sentence imposed on Count 1 of the Second Superseding Indictment.

**SUPERVISED RELEASE:**

Upon release from imprisonment, defendant shall be placed on supervised release for a period of 4 years.  This term consists of 3 years on Count 1 of the Second Superseding Iindictment and a term of 4 years on Count 1 of the Information, all such terms to run concurrently.

**Conditions of supervised release:**

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall comply with the 14 standard conditions adopted by the Court.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall pay restitution in the amount of $2,097.00, if it is not paid sooner.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of a DNA sample as directed by the probation officer.

**Special conditions of supervised release:**

Sentencing Minutes
Judge Marcia S. Krieger
Page 3

      (X)    Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. To the extent he is able to do so, defendant shall pay the cost of the treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treating agency all psychological reports and/or presentence reports for the continuity of treatment.

      (X)    To the extent the restitution amount has not been satisfied, defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule, that he and the probation officer develop for the payment of the restitution amount.

The Court recommends both a physical and mental evaluation by the Bureau of Prisons, but declines to recommend assignment to a particular facility.

**FINE:**

No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**

Defendant shall pay restitution in the amount of 2,097.00, which shall bear interest.

Disbursement of restitution payments may be deferred until the balance of the court registry account totals at least $1,000.00, it will be disbursed to the victims pro rata at the addresses indicated on the presentence investigation report.. Payments are to be made to the Clerk of the United States District Court for disbursement to the payees, Phillips 66, Jiffy Lube and Citywide Bank at the addresses in the presentence investigation report.

This obligation shall be due and payable during the period of incarceration, with any unpaid balance being paid during the term of supervised release as directed by the probation officer.

**SPECIAL ASSESSMENT FEE:**

Defendant shall pay a Special Assessment Fee of $ 200.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:**    Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:57 a.m.**    **Court in recess.**

Total Time:    59 Minutes.
Hearing concluded.