UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00262-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY KITTREDGE,

       Defendant.

---

## ORDER CONSTRUING LETTER AS NOTICE OF APPEAL

---

THIS MATTER comes before the Court on the Document entitled "Letter" (**#170**) filed

January 4, 2007**.**  The Court finds that is should be treated as a Notice of Appeal and directs the

Clerk of the Court to treat it as such.

Dated this 17th day of January, 2007

BY THE COURT:

Marcia S. Krieger
United States District Judge