IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No.  04-cr-00262-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      ANTHONY R. KITTREDGE,

        Defendant.

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum (**#213**) pertaining to the above-named defendant for a re-sentencing hearing before the United States District Court for the District of Colorado, forthwith.  The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Anthony R. Kittredge, Inmate Reg. # 39370-048, YOB: 1953, now confined in the FCI-Tucson, Federal Correctional Institution, 8901 South Wilmot Road, Tucson, Arizona, before the Honorable Marcia S. Krieger, United States District Judge, sitting at Denver, Colorado, 901 Nineteenth Street, Courtroom A-901, Denver, Colorado, on or before **September 28, 2009, at 4:00 p.m.**, and from day to day thereafter, for a re-sentencing hearing in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in

custody as an agent of the United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where he was confined, under safe and secure conduct, and have then and there this Writ.

DATED this 28th day of July, 2009.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge